PHILIP ORTH, Appellant, *v.* FRANK S. ANDERSON et al.,
Respondents.

*Orth v. Anderson,* 163 App. Div. 519, affirmed.

(Argued November 1, 1917; decided November 20, 1917.)

APPEAL from a judgment, entered May 19, 1914, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term and directing a dismissal of the complaint in an action to foreclose a mortgage. The plaintiff alleged that on or about May 3, 1910, the defendant Adelaide M. Anderson made a promissory note payable to the plaintiff for $2,500, payable in three months, and that the plaintiff became an accommodation indorser thereof; that as collateral security therefor the defendants Frank S. Anderson and Adelaide M. Anderson gave a mortgage covering certain premises in the town of Delaware; that the mortgage was duly recorded; that the defendant Adelaide M. Anderson failed to pay the note when it became due; that the defendants failed to comply with the terms of said mortgage and that there was due the plaintiff the amount thereof with interest. The answer of the defendant Adelaide M. Anderson admitted the signing of said note, but denied that she or Frank S. Anderson ever received the proceeds of said note and admitted that she signed and acknowledged said mortgage under protest, but denied that she ever delivered the note and mortgage to the plaintiff, and denied that there was justly due the plaintiff the sum of $2,537.50.

*Joseph Rosch* and *James · H. Curtis* for appellant.

*John D. Lyons* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.